**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SUCXESS LLC,

                    *Plaintiff*,

          v.                                              C.A. No. 22-cv-1105-MN

COMMA.AI, INC.,

                    *Defendant*.

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff

Sucxess LLC and Defendant comma.ai, Inc., subject to the approval of the Court, that the time

within which Defendant shall answer, move, or otherwise respond to the Complaint (D.I. 1) in this

action shall be extended thirty (30) days up through and including October 14, 2022.

Dated: September 1, 2022

**O'KELLY & O'ROURKE, LLC**                     **RATNERPRESTIA**

/s/ *George Pazuniak*                           /s/ *Karen R. Poppel*
George Pazuniak (# 478)                         Jeffrey B. Bove (# 998)
824 N. Market St.,                              Rex A. Donnelly (# 3492)
Suite 1001A                                     Karen R. Poppel (# 5373)
Wilmington, DE 19801                            Nemours Building
Tel: 207-359-8576                               1007 North Orange Street, Suite 205
GP@del-iplaw.com                                Wilmington, DE 19801
                                                Tel: (302) 778-2500
*Attorneys for Plaintiff Sucxess LLC*           jbove@ratnerprestia.com
                                                radonnelly@ratnerprestia.com
                                                kpoppel@ratnerprestia.com

                                                *Attorney for Defendant comma.ai, Inc.*

IT IS SO ORDERED this _____ day of ___, 2022.

_____
United States District Court Judge