# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUCXESS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> COMMA.AI, INC., <br><br> *Defendant.* | C.A. No. 22-cv-1105-MN |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Sucxess LLC ("Sucxess") has informed Defendant comma.ai, Inc. ("comma") that it will file an amended complaint;

NOW, THEREFORE, the parties stipulate and agree as follows, subject to approval and order of the Court, that:

1. Plaintiff Sucxess will file its amended complaint by October 14, 2022.

2. Defendant comma shall answer, move, or otherwise respond to Plaintiff Sucxess's amended complaint by October 28, 2022.

Dated: October 5, 2022

| **O'KELLY & O'ROURKE, LLC** | **RATNERPRESTIA** |
|---|---|
| /s/ *George Pazuniak* | /s/ *Jeffrey B. Bove* |
| George Pazuniak (# 478) | Jeffrey B. Bove (# 998) |
| 824 N. Market St., | Rex A. Donnelly (# 3492) |
| Suite 1001A | Karen R. Poppel (# 5373) |
| Wilmington, DE 19801 | Nemours Building |
| Tel: 207-359-8576 | 1007 North Orange Street, Suite 205 |
| GP@del-iplaw.com | Wilmington, DE 19801 |
| | Tel: (302) 778-2500 |
| *Attorneys for Plaintiff Sucxess LLC* | jbove@ratnerprestia.com |
| | radonnelly@ratnerprestia.com |
| | kpoppel@ratnerprestia.com |
| | *Attorney for Defendant comma.ai, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States District Court Judge