# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUCXESS LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMA.AI, INC.,<br><br>    *Defendant*. | C.A. No. 22-cv-1105-MN |

## MOTION AND ORDER FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Wayne M. Helge, Esquire and James T. Wilson, Esquire of DAVIDSON BERQUIST JACKSON & GOWDEY, LLP to represent Defendant comma.ai, Inc. in this matter.

Respectfully submitted,

 /s/ Jeffrey B. Bove

Jeffrey B. Bove (No. 998)
Rex A. Donnelly (No. 3492)
Karen Riesenburger Poppel (No. 5373)
**RATNERPRESTIA**
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE  19801
Tel: (302) 778-2500
Fax: (302) 778-2600
jbove@ratnerprestia.com
radonnelly@ratnerprestia.com
kpoppel@ratnerprestia.com

*Attorneys for Defendant
comma.ai, Inc.*

DATED:  October 12, 2022

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____                    _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: October 10th, 2022

Wayne M. Helge, Esquire
Davidson Berquist Jackson & Gowdey, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765-7200
whelge@dbjg.com

5866534

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: October 10, 2022

James T. Wilson, Esquire
Davidson Berquist Jackson & Gowdey, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765-7200
jwilson@dbjg.com

5866534