## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2022, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record for the parties, and have served a true and correct copy via email on the below counsel of record as follows:

| | |
|---|---|
| George Pazuniak<br>824 N. Market St.<br>Suite 1001A<br>Wilmington, DE 19801<br>GP@del-iplaw.com<br><br>*Attorney for Plaintiff*<br>*Sucxess LLC* | Maxwell Goss<br>Fishman Stewart PLLC<br>800 Tower Dr., Suite 610<br>Troy, MI 480989<br>mgoss@fishstewip.com<br><br>*Attorneys for Plaintiff*<br>*Sucxess LLC* |

                                                  */s/ Jeffrey B. Bove*
                                                  Jeffrey B. Bove (#998)

5866639