# EXHIBIT A



US011153116B1

(12) **United States Patent**
Nix

(10) **Patent No.:** **US 11,153,116 B1**
(45) **Date of Patent:** **Oct. 19, 2021**

(54) **METHOD, APPARATUS AND SYSTEM FOR RETROFITTING A VEHICLE**

(71) Applicant: **Sucxess LLC**, Birmingham, MI (US)

(72) Inventor: **Axel Nix**, Birmingham, MI (US)

(73) Assignee: **Sucxess LLC**, Birmingham, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 102 days.

(21) Appl. No.: **16/658,364**

(22) Filed: **Oct. 21, 2019**

**Related U.S. Application Data**

(63) Continuation of application No. 16/025,314, filed on Jul. 2, 2018, now Pat. No. 10,454,707, which is a continuation of application No. 15/442,640, filed on Feb. 25, 2017, now Pat. No. 10,027,505, which is a continuation of application No. 14/846,811, filed on Sep. 6, 2015, now Pat. No. 9,661,664, which is a continuation of application No. 11/742,574, filed on Apr. 30, 2007, now Pat. No. 9,161,195.

(51) **Int. Cl.**
| | |
|---|---|
| *H04L 12/40* | (2006.01) |
| *G06F 13/42* | (2006.01) |
| *B60T 7/12* | (2006.01) |
| *B60R 21/01* | (2006.01) |
| *H04W 76/50* | (2018.01) |
| *H04W 4/90* | (2018.01) |
| *H04B 1/3822* | (2015.01) |
| *B60R 21/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *H04L 12/40169* (2013.01); *B60R 21/01* (2013.01); *B60T 7/12* (2013.01); *G06F 13/4282* (2013.01); *H04B 1/3822* (2013.01); *H04L 12/40* (2013.01); *H04W 4/90* (2018.02); *H04W 76/50* (2018.02); *B60R 2021/0027* (2013.01); *H04L 2012/40215* (2013.01); *H04L 2012/40273* (2013.01)

(58) **Field of Classification Search**
CPC ... H04L 12/40169; H04L 12/40; B60R 21/01; B60R 2021/0027; B60T 7/12; G06F 13/4282; H04B 1/3822; H04W 4/90; H04W 76/50
USPC ...................................................... 455/404.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,311,197 | A | 5/1994 | Sorden et al. |
| 5,572,204 | A | 11/1996 | Timm et al. |
| 6,028,537 | A | 2/2000 | Suman et al. |
| 6,151,551 | A | 11/2000 | Geier et al. |

(Continued)

OTHER PUBLICATIONS

Audiotechnik Dietz Vertriebs-GmbH, "Installation / connection manual for multimedia interface 1280".

(Continued)

*Primary Examiner* — Congvan Tran
(74) *Attorney, Agent, or Firm* — Smartpat PLC

(57) **ABSTRACT**

A system, apparatus, and method for retrofitting a vehicle are presented. The method relates to a vehicle with a factory-installed first apparatus which communicates with a factory-installed second apparatus through a vehicle data bus using a first message. The method includes electrically disconnecting the vehicle data bus between the first apparatus and the second apparatus and electrically connecting a retrofit apparatus to the vehicle data bus. The method further includes transmitting a second message from the retrofit apparatus to the first apparatus which is indistinguishable from the first message.

**20 Claims, 7 Drawing Sheets**



# US 11,153,116 B1

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,330,499 | B1 | 12/2001 | Chou et al. |
| 6,493,629 | B1 | 12/2002 | Bosch |
| 6,535,743 | B1 | 3/2003 | Kennedy, I et al. |
| 6,617,979 | B2 | 9/2003 | Yoshioka |
| 6,647,328 | B2 | 11/2003 | Walker |
| 6,665,601 | B1 | 12/2003 | Nielsen |
| 6,687,497 | B1 | 2/2004 | Parvulescu et al. |
| 6,690,302 | B1 | 2/2004 | Inomata |
| 6,748,211 | B1 | 6/2004 | Isaac et al. |
| 6,812,832 | B2 | 11/2004 | Lobaza et al. |
| 7,016,656 | B2 | 3/2006 | Odashima et al. |
| 7,129,826 | B2 | 10/2006 | Nitz et al. |
| 7,206,672 | B2 | 4/2007 | Mueller |
| 7,398,082 | B2 | 7/2008 | Schwinke et al. |
| 7,737,831 | B2 | 6/2010 | Munoz |
| 2002/0022489 | A1 | 2/2002 | Odashima et al. |
| 2002/0046285 | A1 | 4/2002 | Yasushi et al. |
| 2002/0103622 | A1 | 8/2002 | Burge |
| 2002/0115423 | A1 | 8/2002 | Hatae et al. |
| 2004/0091085 | A1 | 5/2004 | Suganuma et al. |
| 2004/0198466 | A1 | 10/2004 | Walby et al. |
| 2004/0233045 | A1 | 11/2004 | Mays |
| 2004/0260458 | A1 | 12/2004 | Park et al. |
| 2005/0060066 | A1 | 3/2005 | Buehler et al. |
| 2006/0017612 | A1 | 1/2006 | Nagatani |
| 2006/0136291 | A1 | 6/2006 | Morita et al. |
| 2006/0220806 | A1 | 10/2006 | Nguyen |
| 2007/0016342 | A1 | 1/2007 | Allen et al. |
| 2007/0075919 | A1 | 4/2007 | Breed |
| 2007/0085815 | A1 | 4/2007 | Oesterling et al. |
| 2007/0086579 | A1 | 4/2007 | Lorello et al. |
| 2007/0112476 | A1 | 5/2007 | Obradovich |
| 2007/0142028 | A1 | 6/2007 | Ayoub et al. |
| 2007/0174467 | A1 | 7/2007 | Ballou et al. |
| 2007/0207772 | A1 | 9/2007 | Huber et al. |
| 2007/0298765 | A1 | 12/2007 | Dickinson et al. |
| 2008/0093150 | A1 | 4/2008 | Schramm et al. |
| 2008/0102785 | A1 | 5/2008 | Childress et al. |
| 2008/0143497 | A1 | 6/2008 | Wasson et al. |
| 2008/0162042 | A1 | 7/2008 | Huber et al. |
| 2008/0243335 | A1* | 10/2008 | Rao .................... B60C 23/0408 701/38 |
| 2009/0030561 | A1* | 1/2009 | Gurieff ................ B60T 8/1755 701/1 |
| 2012/0192959 | A1* | 8/2012 | Wein ........................ B60S 1/50 137/98 |
| 2013/0159586 | A1 | 6/2013 | Kessler |

OTHER PUBLICATIONS

Ford Motor Company, Mobile radio Installation Guidelines, Mar. 4, 1998.
Joachim Schröder, Udo Müller, Rüdiger Dillmann, "Smart Roadster Project: Setting up Drive-by-Wire or How to Remote-Control your Car," Intelligent Autonomous Systems 9—IAS-9 (Feb. 2006).
Joachim Schröder, Udo Müller, Rüdiger Dillmann, "Smart Roadster Project: Setting up Drive-by-Wire or How to Remote-Control your Car," Conference Paper (Jan. 2006).
Johansson, "Vehicle Applications of Controller Area Network", Handbook of Networked and Embedded Control Systems, 2005, pp. 741-765.
Microchip—MCP2502X/5X "CAN I/O Expander Family" Datasheet.
Negley, "Getting Control Through CAN," Sensors, Oct. 2000, vol. 17, #10.
Robert Bosch GmbH, "CAN Specification, Version 2.0".
Szydlowski, "A Gateway for CAN Specification 2.0 Non-Passive Devices", SAE Technical Paper Series, 930005, Mar. 1-5, 1993.
Taube et. al., "Comparison of CAN Gateway Module for Automotive and Industrial Control Apparatus", CAN in Automation 2005.
Dataspeed Inc., Petition for Inter Partes Review of U.S. Pat. No. 10,027,505.
Dataspeed Inc., Petition for Inter Partes Review of U.S. Pat. No. 10,454,707.
Dataspeed Inc., Petition for Inter Partes Review of U.S. Pat. No. 9,871,671.

* cited by examiner

Case 1:22-cv-01105-MN   Document 8-1   Filed 10/14/22   Page 4 of 16 PageID #: 84



**FIG. 1**



**FIG. 2A**

**BEFORE RETROFIT**



**FIG. 2B (PRIOR ART)**

**AFTER RETROFIT**



**FIG. 2C**



FIG. 3



FIG. 4



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



FIG. 10

US 11,153,116 B1

**1**

## METHOD, APPARATUS AND SYSTEM FOR RETROFITTING A VEHICLE

### TECHNICAL FIELD

The present disclosure relates to a method, apparatus and system for retrofitting a vehicle.

### BACKGROUND OF THE INVENTION

Being able to easily alert emergency responders in case of an automobile accident is highly desirable. Mobile application service providers (such as OnStar®) address this need for their subscribers by offering an emergency call button located within reach of the driver of an automobile. Upon pressing the emergency call button an emergency telephone call is placed from a cellular telephone which is embedded in the vehicle through a wireless telecommunication network and a public switched telephone network to a service center operated by the mobile application service provider. An emergency call to the service provider may also be initiated automatically, e.g. upon airbag deployment.

In case of an incoming emergency call the mobile application service center silently obtains vehicle position information, e.g. information from a GPS receiver that is also embedded in the vehicle. The mobile application service center as part of an emergency assistance service informs public safety authorities of the emergency and conveys the vehicle's position. The emergency assistance service is typically available only to those who register (for a fee) with the mobile application service provider. Registration with the mobile application service providers includes an underlying registration with the wireless telecommunication network. Several elements of one such system are described in U.S. Pat. No. 6,812,832 (Lobaza), which is hereby incorporated by reference.

The embedded cellular telephone may also be used to place hands free telephone calls. Dialing the embedded cellular telephone may utilize a speech recognition engine that is capable of recognizing spoken telephone numbers or voice tags associated with telephone numbers. To facilitate dialing the embedded cellular telephone may also be connected to an external keypad, e.g. a telephone-style keypad located in the vehicle's dashboard or a virtual keypad displayed on a touch screen display. The external keypad may communicate with the embedded cellular telephone by sending a telephone dial command message through the vehicle communication network. The embedded cellular telephone is accordingly configured to receive telephone dial command messages on the vehicle communication network and establish a telephone call to the requested telephone number.

US law obligates commercial mobile radio service providers to transmit all wireless 911 emergency calls without respect to their call validation process to a Public Safety Answering Point (PSAP), or, where no Public Safety Answering Point has been designated, to a designated statewide default answering point or appropriate local emergency authority. The law extends to voice capable cellular telephones embedded in vehicles. An embedded cellular telephone can hence be used in an emergency to directly alert public safety authorities by dialing 911 regardless of registration status with the mobile application service provider or the underlying wireless telecommunication network. However, the user interface provided to dial 911 is inferior to single button activation and may e.g. require use of the voice recognition interface. Changes in an operator's voice during

**2**

an emergency frequently cause the voice recognition engine to fail detecting a spoken "dial 9-1-1" command and thereby preclude the operator from receiving the help he is seeking.

What is therefore needed is a method for combining the benefits of legally mandated free wireless 911 access to a Public Safety Answering Point with the advantageous single button user interface for placing emergency calls to a mobile application service center.

### SUMMARY OF THE INVENTION

In one aspect of the present invention an integrated vehicle communication system includes a telecommunication apparatus in communication with a vehicle data bus. An emergency call apparatus is also in communication with the vehicle data bus, the emergency call apparatus further providing an emergency call push button switch to initiate an emergency telephone call to a Public Safety Answering Point. When the emergency call push button switch is pressed the emergency call apparatus transmits a telephone dial command message including a telephone number to be dialed on the vehicle data bus. The telecommunication apparatus is configured to receive the telephone dial command and establish communication with the requested telephone number. To initiate an emergency call to a Public Safety Answering Point in the United States the emergency call apparatus may e.g. transmit a telephone dial command message requesting the telecommunication apparatus to dial "911".

In a further aspect the emergency call apparatus may include an input for an external switch. In this aspect the emergency call push button switch may be remote from the emergency call apparatus and may e.g. be located within reach of the driver of the vehicle whereas the emergency call apparatus may be located somewhere else hidden in the vehicle.

In another aspect the emergency call apparatus may be added to the vehicle during a retrofit. In this aspect the vehicle may be originally equipped with an embedded telecommunication apparatus and an emergency call push button switch connected thereto. Before the retrofit pressing the emergency call button is detected by the telecommunication apparatus which responsive to the button press initiates an emergency call to a mobile application service center.

During the retrofit an emergency call apparatus is added to the vehicle. The electrical connection between the emergency call push button switch and the telecommunication apparatus is separated and the emergency call push button switch is rewired and connected to the emergency call apparatus.

After the retrofit pressing the emergency call push button is detected by the emergency call apparatus which responsive to the button press transmits a telephone dial command message on the vehicle data bus. The telephone dial command message may request the telecommunication apparatus to dial the telephone number 911. The telecommunication apparatus responsive to receiving the telephone dial command message establishes a voice call to a Public Safety Answering Point.

In yet another aspect the emergency call apparatus may be configured to detect a trigger condition and responsive thereto request the telecommunication apparatus to establish communication with a Public Safety Answering Point. The trigger condition may be a manual emergency call push button press. As part of an automatic emergency calling system the trigger condition may also be the receipt of one

US 11,153,116 B1

3

or more messages on the vehicle data bus which are reflective of a vehicle accident, e.g. a message signaling airbag deployment. Upon detecting a trigger condition the emergency call apparatus may transmit a telephone dial command message on the vehicle data bus requesting the telecommunication apparatus to dial 911. The telecommunication apparatus responsive to receiving the telephone dial command message establishes a voice call to a Public Safety Answering Point.

In still another aspect the emergency call apparatus may provide an electrically controlled switch to separate the vehicle communication network into two subnets. One subnet may be used to communicate between the emergency call apparatus and the telecommunication device and the other subnet may be used to communicate between the emergency call apparatus and the rest of the vehicle. This aspect can compensate for possible loss of communication on the vehicle data bus after a vehicle crash, e.g. because a wire within the communication network is shorted to ground or battery as a result of the crash. The emergency call apparatus may be configured to detect loss of communication and responsive thereto open the electrically controlled switch, thereby dividing the communication network into the two electrically insulated subnets. In result the emergency call apparatus separates the damaged portion of the vehicle communication network from its connection to the telecommunication apparatus and thereby regains its ability to communicate with the telecommunication apparatus and initiate an emergency call even though communication with the rest of the vehicle is no longer possible.

In yet another aspect the emergency call apparatus may provide two vehicle data bus interfaces wherein the first interface is used to communicate with the telecommunication apparatus and the second interface is used to communicate with the rest of the vehicle. In this aspect the emergency call apparatus acts as a bi-directional gateway between the two vehicle data bus interfaces. Messages which the emergency call apparatus receives through the first vehicle data bus interface are retransmitted through the second vehicle data bus interface. Vice versa messages received through the second vehicle data bus interface are retransmitted through the first vehicle data bus interface. The two vehicle data bus interfaces are electrically insulated from each other such that the emergency call apparatus maintains its ability to communicate with the telecommunication apparatus even if communication with the rest of the vehicle can not be established, e.g. because a communication bus wire is shorted to ground or battery as may happen during an accident.

The following detailed description of the invention is merely exemplary in nature and is not intended to limit the invention or the application and uses of the invention. Furthermore, there is no intention to be bound by any theory presented in the preceding background of the invention or the following detailed description of the invention.

DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of an exemplary wireless and a public switched telecommunication network through which emergency calls can be placed from a vehicle to a service center or Public Safety Answering Point.

FIG. 2A is a block diagram illustrating the vehicle portion of a wireless communication system for placing emergency calls used in the vehicle of FIG. 1.

4

FIG. 2B is a block diagram showing aspects of a prior art vehicle communication system for communicating with a mobile application service center before retrofit with an emergency call apparatus.

FIG. 2C is a block diagram showing aspects of a vehicle communication system for communicating with a Public Safety Answering Point after retrofit with an emergency call apparatus.

FIG. 3 is a block diagram illustrating a vehicle communication system showing an airbag control apparatus, a telecommunication apparatus, an emergency call apparatus and a navigation system communicating through a common vehicle data bus.

FIG. 4 is a block diagram illustrating an alternative embodiment of a vehicle communication system in which the telecommunication apparatus is connected to the vehicle data bus through the emergency call apparatus.

FIG. 5 is a block diagram illustrating an exemplary embodiment of an emergency call apparatus for a vehicle communication system configuration as shown in FIG. 3.

FIG. 6 is a block diagram illustrating an exemplary embodiment of an emergency call apparatus for a vehicle communication system configuration as shown in FIG. 4.

FIG. 7 is a block diagram of an alternative embodiment of the emergency call apparatus show in FIG. 6.

FIG. 8 is a flow diagram illustrating an exemplary method for initiating an emergency call.

FIG. 9 is a flow diagram illustrating an alternative embodiment of the method shown in FIG. 8.

FIG. 10 is a schematic diagram of an exemplary touch screen display.

DETAILED DESCRIPTION

Referring to FIG. 1, there is shown a vehicle 100 featuring a mobile telecommunication apparatus, suitable for use with an embodiment of the invention, and which may be installed in the vehicle or carried into the vehicle by the subscriber. The mobile telecommunication apparatus communicates through a wireless network 102, symbolized by a local telecommunication antenna tower, with a public switched telephone network (PSTN) 104, to which are also connected telephones 110 and 112. Wireless network 102 may also communicate with other wireless telecommunication devices, here symbolized by a wireless telephone 114. The mobile telecommunication apparatus in vehicle 100, which will be described in more detail with reference to FIG. 2A, may include a cellular telephone or any other wireless device that may be registered with a cellular service provider providing general dialing capability in connection with, and operation through, PSTN 104. It may also include a cellular telephone or other wireless device that is not or that is no longer registered with a cellular service provider so long as it provides connection with and operation through PSTN 104 with a Public Safety Answering Point (PSAP) 106.

The telecommunication apparatus carried in vehicle 100 may have been designed to provide access to mobile application services of a service provider such as, for example, OnStar®. Mobile application services are typically provided within a subscription business model, which requires payment of a subscription fee per period, e.g. $19.95 per month or $199 per year. The telecommunication apparatus may have been permanently installed in the vehicle at the time of vehicle assembly and the cost of the telecommunication apparatus may have been subsidized by the service provider in anticipation of future subscription revenue if the owner or lessor of vehicle 100 registers for mobile application ser-

US 11,153,116 B1

5

vices. The service provider generally maintains at least one service center **108**, which is connected to PSTN **104** and which the subscriber and other subscribers in other vehicles call for the mobile application services. The mobile application services may include, for example, requests for vehicle location, selection of specific points of interest and directions thereto, and emergency assistance (both requested and automatic), as well as others not named.

If the owner or lessor of vehicle **100** does not register with the service provider, e.g. to avoid the financial burden associated with a subscription, the service provider may refuse to provide mobile application services including emergency assistance. The mobile application service provider may also deactivate the telecommunication apparatus located within vehicle **100**. Deactivating the telecommunication apparatus may include deregistering the cellular telephone therein from wireless network **102** so that the telecommunication apparatus can no longer gain access to wireless network **102** for general dialing and can thus no longer connect to service center **108**.

Even if the telecommunication apparatus within vehicle **100** has been deactivated and the cellular telephone therein been deregistered from wireless network **102** both can still be used to establish a connection to a Public Safety Answering Point (PSAP). Connecting to a PSAP is independent of a subscription with the service provider or the underlying wireless network **102**. This is, especially in the United States, to comply with federal law mandating free access to a PSAP for all devices used to access a commercial mobile radio service (CMRS).

Referring now to FIG. **2A** there is shown wireless telecommunication apparatus **200** in vehicle **100**. The telecommunication apparatus **200** communicates voice and data through an antenna **206** with wireless network **102** and through wireless network **102** with public switched telephone network **104**. The telecommunication apparatus **200** may provide "hands-free" voice communication through a microphone **202** and speaker **204**. The telecommunication apparatus may include a GPS or similar navigation apparatus (not shown) which receives signals through a GPS antenna (not shown) from global positioning satellites and derives therefrom position data (e.g., the longitude and latitude and/or the speed and heading) of the apparatus. The telecommunication apparatus **200** may convert the GPS position information into a transmissible form for subsequent transmission from vehicle **100** to service center **108** or Public Safety Answering Point **106**. Communication between the telecommunication apparatus **200** and service center **108** or PSAP **106** may be voice communication utilizing microphone **202** and speaker **204** and/or data communication the data comprising e.g. GPS location information.

Connected to the telecommunication apparatus **200** are one or more buttons **208** and status indicator **210**. Buttons **208** provide a simple user interface for an operator, e.g. the driver or passenger in vehicle **100**, to interact with the telecommunication apparatus **200**. The buttons **208** may e.g. include a dedicated emergency call button. If the emergency call button is pressed telecommunication apparatus **200** establishes voice and/or data communication with service center **108**. Status indicator **210**, which may e.g. be one or more light emitting diodes or any other form of display, provides feedback to the vehicle operator as to the status of the telecommunication apparatus **200**. Telecommunication apparatus **200** is also connected to vehicle data bus **212** to exchange messages with other electronic modules within vehicle **100** as required.

6

Telecommunication apparatus **200** may provide general dialing capability, e.g. to a telephone **110, 112** within the public switched telephone network **104** or to a wireless telephone **114** through wireless network **102** or any other wireless network. To facilitate dialing telecommunication apparatus **200** may include a voice recognition and activation apparatus, which responds to predetermined spoken data via microphone **202** to perform predetermined functions. It accesses a plurality of voice models stored within telecommunication apparatus **200**. Each voice model includes data permitting recognition of a spoken word or phrase. The voice recognition apparatus compares received spoken data with the voice models in order to recognize those words and phrases which are defined and for performing predetermined actions in response thereto. Some voice models represent commands, such as "menu," "store," "dial," "call," etc. Other voice models represent the digits required for telephone dialing: "one," "two," etc. For example, the apparatus may be programmed to recognize the phrase "Dial 9-1-1 Dial" and respond by placing a call to a Public Safety Answering Point. General dialing capability may be initiated by the word "Dial" followed by the number, digit by digit.

Telecommunication apparatus **200** may also be configured to allow dialing utilizing a keypad which may be connected directly to communication apparatus **200** or indirectly connected to another module which communicates with telecommunication apparatus **200** through the vehicle data bus **212**. In an exemplary embodiment navigation system **218** comprises a touch screen display **220** which displays a virtual telephone keypad **222**. An operator may enter a telephone number he wishes to dial on the virtual keypad **222**. After the telephone number has been entered navigation system **218** transmits a telephone dial command message on the vehicle data bus **212** including the telephone number to be dialed. Telecommunication apparatus **200** responsive to receiving the telephone dial command message establishes voice and/or data communication with the desired telephone number.

Quicker and easier access to dialing 911 and establishing voice and/or data communication with a Public Safety Answering Point is provided by emergency call apparatus **214**, which is connected to vehicle data bus **212** and to one or more buttons **216**. Buttons **216** may include an emergency call push button switch which when pressed causes emergency call apparatus **214** to transmit a telephone dial command message including a telephone number to be dialed on vehicle data bus **212**. Telecommunication apparatus **200** responsive to receiving the telephone dial command message establishes voice communication with the requested telephone number, e.g. 911. Emergency call apparatus **214** and its operation are described in more detail with reference to FIGS. **5** through **9** below.

As is shown in FIG. **2B** vehicles equipped with an embedded telecommunication apparatus **200** are typically also equipped with buttons **208**, one of which may be an emergency call button to initiate an emergency call to service center **108**. Buttons **208** and telecommunication apparatus **200** do not serve any useful purpose if the owner or lessor of vehicle **100** does not register with the mobile application service provider. The existing buttons **208** and the telecommunication apparatus **200** may however be used when retrofitting vehicle **100** with an emergency call apparatus **214** at some time after vehicle built.

An exemplary method of retrofitting vehicle **100** is show in FIG. **2C**. Vehicle **100** is retrofitted by adding emergency call apparatus **214**. The electrical connection between but-

US 11,153,116 B1

7

tons **208** and telecommunication apparatus **200** is removed and instead buttons **208** are rewired and connected to emergency call apparatus **214**. Optionally the vehicle data bus connection between telecommunication apparatus **200** and vehicle data bus **212** may be disconnected and instead re-routed into the emergency call apparatus **214**. A new connection is made between the emergency call apparatus **214** and vehicle data bus **212**. Further, emergency call apparatus **214** is connected to vehicle battery and vehicle ground to power emergency call apparatus **214**.

To enable the rewiring of buttons **208** the electrical interface between buttons **216** and emergency call apparatus **214** may be identical to the electrical interface between buttons **208** and telecommunication apparatus **200**. Using an identical interface, e.g. the same resistor values in case of resistor coded switches, provides that an emergency call button **208** which is connected to and used in combination with telecommunication apparatus **200** before the retrofit can be rewired and used in combination with emergency call apparatus **214** after the retrofit. This simplifies the process of retrofitting vehicle **100** which may have originally been equipped with telecommunication apparatus **200** and buttons **208** but not emergency call apparatus **214** and buttons **216**.

Referring now to FIG. **3**, there is shown a block diagram illustrating an exemplary vehicle communication system **300** including the telecommunication apparatus **200**, an airbag control apparatus **302**, the emergency call apparatus **214** and the navigation system **218**. As is shown, each system is in communication with the vehicle's data bus **212**, which may be a Class **2** or CAN vehicle data bus or any other suitable bus known in the art for electronic data communication.

FIG. **4** illustrates an alternative embodiment of the vehicle communication system **400**. In this embodiment telecommunication apparatus **200** is in communication with vehicle data bus **212** using an indirect connection made trough emergency call apparatus **214**, as will be explained in more detail with respect to FIG. **6** and FIG. **7**.

FIG. **5** is a block diagram illustrating an exemplary emergency call apparatus **214**. Control processor **500**, which may take the form of a programmed digital computer or a custom digital processor, is operatively connected to push button switch **216**. Push button switch **216** may be an emergency call button located within easy reach of the driver and labeled prominently, e.g. with a Red Cross icon or the letters "SOS". Push button switch **216** is designed to be easily found and operated by the driver or passenger of vehicle **100** even under stress. Push button switch **216** may be any suitable device that translates a human operator's intention into a signal that can be detected by control processor **500**, including e.g. a momentary push button switch, a toggle switch, a rocker switch, a rotary switch or a virtual button on a touch screen display. Control processor **500** is connected to the vehicle data bus **212** through a vehicle data bus interface **504** using an electrical terminal **508**. Control processor **500** and vehicle data bus interface **504** are powered by power supply **506**. Power supply **506** is connected to the vehicle's power distribution system through vehicle battery terminal **512** and vehicle ground terminal **510**. While emergency call apparatus **214** is shown as a stand alone unit it should be appreciated that it may also be integrated within another electronic control module in which case control processor **500**, power supply **506** and vehicle data bus interface **504** may be shared with other functions.

8

FIG. **6** is an alternative embodiment showing an emergency call apparatus **610** which may be used in the vehicle communication system **400** shown in FIG. **4**. In this example the telecommunication apparatus **200** is connected to the vehicle data bus **212** indirectly through emergency call apparatus **610**. Electrical terminal **600** connects the emergency call apparatus **610** to the telecommunication communication apparatus **200**. Electrical terminal **602** connects the emergency call apparatus **610** to vehicle data bus **212** and through that to all other electronic modules communicating through vehicle data bus **212**. Control processor **500** electronically controls switch **606**, which may e.g. be an electromechanical relay with coil **604**, or any other suitable switching device. Switch **606** is normally closed, creating a short circuit between electrical terminals **600** and **602**. In case of a crash the vehicle communication system **400** may be damaged, e.g. may deformation to the vehicle's sheet metal have caused a wire of vehicle data bus **212** to be shortened to vehicle ground or battery, making communication on vehicle data bus **212** impossible. Control processor **500** is configured to detect such damage to the communication system by monitoring its vehicle data bus interface **504**. If damage to the communication system is detected control processor **500** restores communication with the telecommunication device **200** by opening switch **606** and thereby disconnecting the damaged part of the vehicle communication system **400** from vehicle data bus interface **504**. In its open position switch **606** may cause vehicle data bus interface **504** to be connected to a network termination element **608**, simulating a network termination usually present in the now disconnected vehicle communication system. Network termination may consist of a pull-up or pull-down resistor or any other electronic circuit known in the art of electronic communication for terminating communication networks.

FIG. **7** shows another alternative embodiment of emergency call apparatus **710**. In this example control processor **500** communicates with telecommunication apparatus **200** through vehicle data bus interface **504** and electrical terminal **600**. It is also communicates with other electronic modules connected to the vehicle data bus **212** through a second vehicle data bus interface **700** and electrical terminal **602**. Vehicle data bus interface **504** and vehicle data bus **700** are electrically insulated from each other so that damage to the vehicle data bus **212** does not affect the ability of control processor **500** to communicate with the telecommunication device **200** through vehicle data bus interface **504**. During normal operation control processor **500** is configured to act as bidirectional gateway between vehicle data bus interface **504** and vehicle data bus **700**. Control processor **500** re-transmits any messages it receives from vehicle data bus interface **504** through vehicle data bus interface **700** and any messages it receives from vehicle data bus interface **700** through vehicle data bus interface **504**, thereby functionally connecting telecommunication apparatus **200** with vehicle data bus **212**.

FIG. **8** is a flow diagram illustrating an exemplary method **800** that may be implemented in control processor **500**. Control processor **500** is configured to detect a trigger condition in block **802**. The trigger condition may be a manual operator request to initiate an emergency call, e.g. by pressing emergency call push button switch **216**. The trigger condition may also be the receipt of a predetermined message or a combination of predetermined messages on vehicle data bus **212**. The predetermined message or messages may e.g. reflect that the airbag control apparatus **302** has inflated an airbag in vehicle **100**. Other suitable messages that may

US 11,153,116 B1

9

act as a trigger for automatic emergency calling include a message from an object detection apparatus indicating that vehicle **100** was involved in a collision, a message indicating vehicle deceleration above a predetermined threshold or any other message or combination of messages which indicate that vehicle **100** was involved in a severe accident which may have caused the occupants within vehicle **100** to be injured and no longer be able to manually initiate an emergency call.

If the trigger condition in block **802** is detected then in step **804** control processor **500** sends a telephone dial command message to the telecommunication apparatus **200**. The telephone dial command consists of or is part of a predetermined message on the vehicle data bus containing a telephone number to be dialed. Telecommunication apparatus **200** is configured to receive the telephone dial command and responsive thereto establish voice and/or data communication through wireless network **102** and PSTN **104** with the desired telephone number. For emergency use in the United States the telephone number requested in step **804** will typically be "911" to establish communication with a PSAP.

As described earlier with respect to FIG. 2B and FIG. 2C emergency call apparatus **214** may be retrofitted into a vehicle **100** at some time after the vehicle has been built. In case of a retrofit telecommunication apparatus **200** may not haven been designed for use with the emergency call apparatus **214**. In particular, telecommunication apparatus **200** may not have been configured to receive a telephone dial command message on vehicle data bus **212** that is originating from emergency call apparatus **214**. Telecommunication apparatus **200** may however have been configured to receive telephone dial command messages on vehicle data bus **212** that are originating from other devices, for example navigation system **218**. To operate under these circumstances emergency call apparatus **214** may be configured to mimic the telephone dial command message originating e.g. from navigation system **218**. To mimic the dial command message emergency call apparatus **214** uses the same message identifier segment that has been assigned to navigation system **218** when transmitting its telephone dial command message. By sharing the same message identifier segment a telephone dial command message originating from emergency call apparatus **214** and a telephone dial command message originating from navigation system **218** become indistinguishable for the telecommunication apparatus **200**. Telecommunication apparatus **200** hence responds properly to a telephone dial command message originating from emergency call apparatus **214** even though it may not have been designed for this purpose. While emergency call apparatus **214** shares the same message identifier segment with navigation system **218** it should be understood that vehicle **100** need not necessarily be equipped with navigation system **218**. It is sufficient if telecommunication apparatus **200** is configured to respond to telephone dial command messages on the vehicle data **212** bus irrespective of whether the potential transmitter of such a message is actually present in the vehicle.

Table 1 illustrates the structure of an exemplary vehicle data bus message. As illustrated the message consist of an identifier segment, which in case of CAN messages may e.g. be 11 or 29 bits long, and a data segment carrying the message payload, which may be up to 8 bytes long. To avoid message collision vehicle communication networks usually use unique identifier segments for each transmitting module, if the same message is originating from more than one module. Modules connected to the communication network

10

are configured to respond to predetermined messages which are distinguished from other messages by their identifier segments.

TABLE 1

| | Identifier Segment 11 bit or 29 bit | Data Segment 0 to 8 bytes | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Example | 0x0CF00400 | 39 | 31 | 31 | 23 | FF | FF | FF | FF |

To avoid the unlikely but possible collision of two telephone dial command messages issued simultaneously by both the navigation system **218** and the emergency call apparatus **214** the emergency call apparatus **214** may in a vehicle communication system configuration **400** actively prevent such collision. Accordingly control processor **500** in an embodiment as shown in FIG. **6** may in a first step open switch **606** so that the navigation system **218** is no longer connected to the telecommunication apparatus **200** before control processor **500** in a second step transmits its telephone dial command message to the telecommunication apparatus **200**. Control processor **500** in an embodiment as shown in FIG. **7** may selectively suppress forwarding a telephone dial command received from the navigation system **218** through vehicle data bus interface **700** while transmitting its own telephone dial command through vehicle data bus interface **504**.

FIG. **9** is a flow diagram showing an alternative exemplary embodiment of the method illustrated in FIG. **8**. This embodiment is suitable for example for vehicles in which the emergency call apparatus **214** is integrated with the navigation system **218** and where the navigation system **218** is connected to a display. If in step **802** a trigger condition, e.g. an airbag deployment, is detected the emergency call apparatus displays or causes to be displayed an emergency screen **1000** comprising a prominent user interface to activate an emergency call. If in step **904** an emergency call is requested the emergency call apparatus in step **804** sends a telephone dial command to telecommunication apparatus **200**.

Finally, an exemplary emergency screen **1000** as may e.g. be used within a touch screen navigation display is shown in FIG. **10**. Emergency screen **1000** comprises virtual button **1002** to call PSAP **106** and virtual button **1004** to call service center **108**.

While the invention has been described with reference to a preferred embodiment(s), it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment disclosed as the best mode contemplated for carrying out this invention, but that the invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A retrofit apparatus for installation in an existing vehicle, comprising:
   a control processor;
   a first vehicle data bus terminal for electrically connecting the retrofit apparatus to a first factory-installed apparatus;

US 11,153,116 B1

11

a second vehicle data bus terminal for electrically con-
necting the retrofit apparatus to a second factory-
installed apparatus; and

an electromechanical relay operatively connected to and
controlled by the control processor, the relay being
configured to selectively connect the first vehicle data
bus terminal to the second vehicle data bus terminal,
wherein

an original data bus message originating in the second
factory-installed apparatus reaches the first factory-
installed apparatus when the relay connects the first
vehicle data bus terminal to the second vehicle data bus
terminal, and

wherein the original data bus message originating in the
second factory-installed apparatus does not reach the
first factory-installed apparatus when the relay discon-
nects the first vehicle data bus terminal from the second
vehicle data bus terminal, and

wherein the retrofit apparatus transmits a mimicked data
bus message to the first factory-installed apparatus.

2. The retrofit apparatus as in claim **1**,

wherein the control processor is configured to detect a
loss of communication.

3. The retrofit apparatus as in claim **2**,

wherein the control processor is configured to control the
relay in response to detecting the loss of communica-
tion.

4. The retrofit apparatus as in claim **1**, wherein the

electromechanical relay is normally closed, thereby elec-
trically connecting the first vehicle data bus terminal to
the second vehicle data bus terminal when the retrofit
apparatus is not powered.

5. The retrofit apparatus as in claim **1**,

further comprising an input for an external switch opera-
tively connected to the control processor.

6. The retrofit apparatus as in claim **5**,

wherein the control processor is configured to send a
predetermined mimicked message to the second fac-
tory-installed apparatus in response to activation of the
external switch.

7. The retrofit apparatus as in claim **1**, wherein the
mimicked data bus message is indistinguishable to the
factory-installed second apparatus from the original data bus
message originating in the second factory-installed appara-
tus.

8. The retrofit apparatus as in claim **1**, further comprising
a network termination element electrically connected to the
first vehicle data bus terminal.

9. The retrofit apparatus as in claim **8**, wherein the
network termination element is a resistor.

10. The retrofit apparatus as in claim **8**, wherein the
network termination element is connected to the first vehicle
data bus interface by the relay.

11. The retrofit apparatus as in claim **1**, wherein the
retrofit apparatus is configured to prevent a message colli-
sion between the data bus message originating in the second
factory-installed apparatus and the mimicked data bus mes-
sage.

12. The retrofit apparatus as in claim **11**, wherein the
retrofit apparatus transmits the mimicked data bus message
only after the factory-installed first apparatus and the fac-
tory-installed second apparatus have been electrically dis-
connected from one another.

12

13. A vehicle, comprising:
the retrofit apparatus as in claim **1**.
14. A method, comprising:
providing a vehicle having a factory-installed first appa-
ratus and a factory-installed second apparatus; and
installing the retrofit apparatus as in claim **1** in the vehicle.
15. A retrofit apparatus for installation in an existing
vehicle, comprising:
a power supply connected to the vehicle's power distri-
bution system through a vehicle battery terminal and a
vehicle ground terminal;
a control processor powered by the power supply;
a first CAN bus terminal for electrically connecting the
retrofit apparatus to a first factory-installed apparatus;
a second CAN bus terminal for electrically connecting the
retrofit apparatus to a second factory-installed appara-
tus;
an electromechanical relay operatively connected to and
controlled by the control processor, the relay being
configured to selectively connect the first CAN bus
terminal to the second CAN bus terminal; and
a CAN bus interface powered by the power supply, the
CAN bus interface being connected to the control
processor and to the first CAN bus terminal and indi-
rectly connected to the second CAN bus terminal
through the relay only when the relay is closed,
wherein an original CAN bus message originating in the
second factory-installed apparatus reaches the first fac-
tory-installed apparatus when the relay is closed and
connects the first CAN bus terminal to the second CAN
bus terminal, and
wherein the original CAN bus message originating in the
second factory-installed apparatus does not reach the
first factory-installed apparatus when the relay is open
and disconnects the first CAN bus terminal from the
second CAN bus terminal,
wherein the retrofit apparatus transmits a mimicked CAN
bus message to the first factory-installed apparatus,
wherein the mimicked CAN bus message has the same
identifier as the original CAN bus message, and
wherein the mimicked CAN bus message is transmitted
only after the relay disconnects the first CAN bus
terminal from the second CAN bus terminal.
16. The retrofit apparatus as in claim **15**, wherein the relay
is normally closed.
17. The retrofit apparatus as in claim **16**, further compris-
ing a pull-up resistor that is selectively connected to the first
CAN bus terminal only while the relay is open.
18. The retrofit apparatus as in claim **16**,
wherein the control processor is configured to detect a
trigger condition, and
wherein the control processor is configured to transmit the
mimicked message in response to detecting the trigger
condition.
19. The retrofit apparatus as in claim **18**,
wherein the trigger condition is a manual operator
request.
20. The retrofit apparatus as in claim **18**,
wherein the trigger condition is a receipt of a predeter-
mined message.

* * * * *