IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SUCXESS LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMA.AI, INC.,**<br><br>**Defendant.** | Case No. 22-cv-1105-MN<br><br>Hon. Maryellen Noreika |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sucxess LLC hereby dismisses the above-captioned case without prejudice.

Dated: October 19, 2022

*Of Counsel:*

Maxwell Goss
Fishman Stewart PLLC
800 Tower Dr., Suite 610
Troy, Michigan 48098
Office: (248) 594-0604
mgoss@fishstewip.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'Kelly & O'Rourke, LLC
824 N. Market St.,
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
Email: GP@del-iplaw.com

*Attorneys for Plaintiff*